Faith and Deliverance Church
403 38th Avenue
Meridian, MS 39301

8/22/10

Jessie M. Beverly
1349 Cindy Lane
Meridian, MS 39305

-2353

Pay Period 8/15-8/21

| | | | |
|---|---|---|---|
| Weekly Gross Pay | $850.00 | | |
| Federal Withholding | $77.50 | Tax Year | 2010 |
| Social Security | $52.70 | Gross Pay | $850.00 |
| Medicare | $12.33 | Pay Frequency | Weekly |
| Mississippi | $37.00 | Federal Filing Status | Married |
| | | # of Federal Exemptions | 0 |
| Net Pay | $670.47 | Additional Federal W/H | $0.00 |
| | | State | Mississippi |
| | | Filing status | Married |
| | | Exemption $ | 0 |
| | | Additional State W/H | $0.00 |

Faith and Deliverance Church
403 38th Avenue
Meridian, MS 39301

8/29/10

Jessie M. Beverly
1349 Cindy Lane
Meridian, MS 39305

-2353

Pay Period 8/22-8/28

| | | | |
|---|---|---|---|
| Weekly Gross Pay | $850.00 | | |
| Federal Withholding | $77.50 | Tax Year | 2010 |
| Social Security | $52.70 | Gross Pay | $850.00 |
| Medicare | $12.33 | Pay Frequency | Weekly |
| Mississippi | $37.00 | Federal Filing Status | Married |
| | | # of Federal Exemptions | 0 |
| Net Pay | $670.47 | Additional Federal W/H | $0.00 |
| | | State | Mississippi |
| | | Filing status | Married |
| | | Exemption $ | 0 |
| | | Additional State W/H | $0.00 |

Faith and Deliverance Church
403 38th Avenue
Meridian, MS 39301

9/5/10

Jessie M. Beverly
1349 Cindy Lane
Meridian, MS 39305

2353

Pay Period 8/29-9/4

| | | | |
|---|---|---|---|
| Weekly Gross Pay | $850.00 | | |
| Federal Withholding | $77.50 | Tax Year | 2010 |
| Social Security | $52.70 | Gross Pay | $850.00 |
| Medicare | $12.33 | Pay Frequency | Weekly |
| Mississippi | $37.00 | Federal Filing Status | Married |
| | | # of Federal Exemptions | 0 |
| Net Pay | $670.47 | Additional Federal W/H | $0.00 |
| | | State | Mississippi |
| | | Filing status | Married |
| | | Exemption $ | 0 |
| | | Additional State W/H | $0.00 |

Faith and Deliverance Church
403 38th Avenue
Meridian, MS 39301

9/12/10

Jessie M. Beverly
1349 Cindy Lane
Meridian, MS 39305

-2353

**Pay Period 9/5-9/11**

| | | | |
|---|---|---|---|
| Weekly Gross Pay | $850.00 | | |
| Federal Withholding | $77.50 | Tax Year | 2010 |
| Social Security | $52.70 | Gross Pay | $850.00 |
| Medicare | $12.33 | Pay Frequency | Weekly |
| Mississippi | $37.00 | Federal Filing Status | Married |
| | | # of Federal Exemptions | 0 |
| Net Pay | $670.47 | Additional Federal W/H | $0.00 |
| | | State | Mississippi |
| | | Filing status | Married |
| | | Exemption $ | 0 |
| | | Additional State W/H | $0.00 |